Jason Kuller, NV Bar No. 12244
Rachel Mariner, NV Bar No. 16728
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: (725)245-6056
Facsimile: (725)220-1802
jason@rafiilaw.com
rachel@rafiilaw.com
*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE WHITFIELD, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>LEVI STRAUSS & CO.; and DOES 1 through 50, inclusive,<br><br>　　　　　　　　Defendant. | Case No.: 2:25-cv-01205-CDS-NJK<br><br>**PLAINTIFF'S MOTION TO VACATE THE ORDER SCHEDULING EARLY NEUTRAL EVALUATION** |

Plaintiff Jermaine Whitfield ("Plaintiff") and through his attorneys of record, hereby moves the Court to vacate the Order Scheduling Early Neutral Evaluation (ECF 10).

The causes of action in Mr. Whitfield's Complaint are under NRS 608.18 (failure to pay overtime); NRS 608.016 (failure to pay for all hours worked); NRS 608.020 (failure to pay all wages due at termination); and the FLSA, 29 U.S.C. §207 (failure to pay overtime). There are no discrimination claims.

Under Local Rule 16-6(a), employment discrimination cases subject to Early Neutral Evaluation include:

> Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.; Title I of the Americans With Disabilities Act, as amended, 42 U.S.C. § 12101, et seq.; prohibition of employment discrimination under 42 U.S.C. § 1981; Age Discrimination in Employment Act, 29 U.S.C. §626, et seq.; Equal Pay Act, 29 U.S.C. §206; Genetic Information Non Discrimination Act of 2008, 42 U.S.C. § 2000ff, et seq.; Vocational Rehabilitation Act of 1973, 29 U.S.C. § 794; and under 42 U.S.C. § 1983, if the complaint alleges discrimination in employment on the basis of race, color, gender, national origin, or religion.

Because neither the Nevada wage-and-hour statutes nor the FLSA are listed in Local Rule 16-6(a), the Local Rule is not applicable. Plaintiff is therefore unable to seek exemption from an inapplicable statute and instead requests that the Court vacate the Order.

In the alternative, Plaintiff's Motion may be styled as a Notice arising under Local Rule 16-6(b) that Mr. Whitfield's claims do not fall under one of the statutes listed in L.R. 16-6 (a). In any event, Plaintiff seeks removal of the Early Neutral Evaluation from the calendar.

DATED this 13TH day of October, 2025.
RAFII & ASSOCIATES, P.C.

/s/ Rachel Mariner
Rachel Mariner
*Attorneys for Plaintiff*

## ORDER

It is so ORDERED that the Order Scheduling Early Neutral Evaluation is VACATED.

DATED: October 14, 2024

UNITED STATES MAGISTRATE JUDGE

2
**MOTION TO VACATE EARLY NEUTRAL EVALUATION ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that on the October 13, 2025, I caused service of a true and correct copy of the foregoing **MOTION TO VACATE EARLY NEUTRAL EVALUATION ORDER** to be made by U.S. District Court's CM/ECF system, upon all parties registered to use this service, and listed as electronic service recipients herein, Email and/or via U.S. mail.

Anthony L. Martin
Noel M. Hernandez
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Anthony.martin@ogletreedeakins.com
Noel.hernandez@ogletreedeakins.com

3
**MOTION TO VACATE EARLY NEUTRAL EVALUATION ORDER**